IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GOVERNOR GREG ABBOTT, in his official capacity as Governor of the State of Texas,<br>    *Plaintiff*,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of the Defense; DEPARTMENT OF THE AIR FORCE; FRANK KENDALL III, in his official capacity as Secretary of the Air Force; DEPARTMENT OF THE ARMY; and CHRISTINE WORMUTH, in her official capacity as Secretary of the Army,<br>    *Defendants*. | No. 6:22-cv-3 |

**LIST OF EXHIBITS TO PLAINTIFF'S ORIGINAL COMPLAINT**

1. August 24, 2021 Memorandum for Senior Pentagon Leadership Commanders from Secretary of Defense Austin

2. October 4, 2021 Letter from Governor Abbott to Major General Tracy Norris

3. Executive Order GA-39, issued August 25, 2021

4. November 30, 2021 Memorandum for Secretaries of the Military Services from Secretary of Defense Austin

5. December 7, 2021 Memorandum from Secretary of the Air Force Kendall