IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GOVERNOR GREG ABBOTT, in his official capacity as Governor of the State of Texas,<br>    *Plaintiff*,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of the Defense; DEPARTMENT OF THE AIR FORCE; FRANK KENDALL III, in his official capacity as Secretary of the Air Force; and DEPARTMENT OF THE ARMY; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army,<br>    *Defendants*. | No. 6:22-cv-3 |

**PLAINTIFF'S ORIGINAL COMPLAINT**

# Exhibit 2

Oct. 4, 2021 Letter from Governor Abbott to Major General Tracy Norris



October 4, 2021

Major General Tracy R. Norris
Adjutant General
Texas Military Department
P.O. Box 5218
Austin, Texas 78703

Dear General Norris:

As you know, I issued Executive Order GA-39, which commands that "[n]o governmental entity can compel any individual to receive a COVID-19 vaccine." That includes the Texas National Guard and Texas State Guard.

Sincerely,

Greg Abbott
Governor