AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Governor Greg Abbott, in his official capacity as Governor of the State of Texas, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Joseph R. Biden, in his official capacity as President of the United States; Department of Defense; Lloyd Austin, in his official capacity as Secretary of the Defense; Department of the Air Force; et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  6:22-cv-3 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Department of the Air Force
c/o Frank Kendall III, Secretary of the Air Force
1670 Air Force Pentagon
Washington, DC 20330-1670

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHRISTOPHER D. HILTON
Deputy Division Chief
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  1/6/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-3

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Department of the Air Force
was received by me on *(date)* January 6, 2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
On January 7, 2022, I served this summons and the Plaintiff's Original Complaint (with Exhibits), via Certified Mail, Return Receipt Requested - 70201290000074415565 – Delivered 1/14/22 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 7, 2022

/s/ *Christopher D. Hilton*
Server's signature

Christopher D. Hilton, Deputy Chief, General Litigation Division
Printed name and title

Office of the Attorney General
PO Box 12548, Capitol Station
Austin, Texas 78711-2548
Server's address

Additional information regarding attempted service, etc:

Please see attached certified mail receipt, return receipt, and USPS tracking documentation.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $              Postmark
☐ Certified Mail Restricted Delivery $              Here
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$
Total
$
Sent To  DEPARTMENT OF THE AIR FORCE
         C/O FRANK KENDALL III
Street   1670 AIR FORCE PENTAGON
         WASHINGTON DC 20330-1670
City,

7020 1290 0000 7441 5565

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF THE AIR FORCE
C/O FRANK KENDALL III
1670 AIR FORCE PENTAGON
WASHINGTON DC 20330-1670

9590 9402 6326 0296 5410 77

2. Article Number *(Transfer from service label)*
7020 1290 0000 7441 5565

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                             ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

## USPS Tracking®

FAQs

**Track Another Package +**

**Tracking Number:** 70201290000074415565    Remove ✕

Your item was delivered at 6:41 am on January 14, 2022 in WASHINGTON, DC 20310.

USPS Tracking Plus™ Available



### Delivered

January 14, 2022 at 6:41 am
WASHINGTON, DC 20310

Get Updates

---

**Text & Email Updates** 

---

**Tracking History** 

January 14, 2022, 6:41 am
Delivered
WASHINGTON, DC 20310
Your item was delivered at 6:41 am on January 14, 2022 in WASHINGTON, DC 20310.

January 14, 2022, 6:34 am
Available for Pickup
WASHINGTON, DC 20310

January 14, 2022, 6:19 am
Arrived at Post Office
WASHINGTON, DC 20018

Feedback

**January 11, 2022**
In Transit to Next Facility

**January 7, 2022, 11:57 pm**
Departed USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

**January 7, 2022, 9:41 pm**
Arrived at USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

USPS Tracking Plus™

Product Information

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**