UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00003

**Greg Abbott et al.,**
*Plaintiffs,*

v.

**Joseph R. Biden et al.,**
*Defendants.*

# ORDER

Before the court is the parties' joint motion for briefing schedule. Doc. 26. The court finds that the proposed briefing schedule adequately addresses the needs of both the parties and the court.

It is therefore ordered that the motion (Doc. 26) is granted, and all parties shall comply with the briefing schedule as set forth below.

| | |
|---|---|
| March 9, 2022 | Defendants' consolidated preliminary injunction response due |
| March 21, 2022 | Plaintiffs' consolidated reply due |
| April 1, 2022 | Defendants' consolidated sur-reply due |
| To be set by the court | Preliminary injunction hearing |
| 21 days following the Court's decision on the request for preliminary injunction | Defendants' responsive pleading and proposed scheduling order due |

*So ordered by the court on February 24, 2022.*

J. CAMPBELL BARKER
United States District Judge