UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GOVERNOR GREG ABBOTT, in his official capacity as Governor of the State of Texas, and<br><br>GOVERNOR MIKE DUNLEAVY, in his official capacity as Governor of the State of Alaska<br>      *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, et al.,<br>      *Defendants*. | No. 6:22-cv-00003-JCB |

**UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT HEARING ON GOVERNOR ABBOTT'S MOTION FOR PRELIMINARY INJUNCTION**

On June 6, 2022, the Court set a hearing on Governor Abbott's Motion for Preliminary Injunction ("Motion"). The hearing is scheduled for June 22, 2022 at 10:00 AM.

While counsel for Governor Dunleavy is available on June 22, he is scheduled to conduct a deposition in San Francisco on June 21. The deposition is expected to last the majority of the day, which presents significant, if not insurmountable, logistical hurdles in terms of traveling to Tyler for the June 22 hearing. Accordingly, the undersigned counsel respectfully requests he be permitted to appear for the hearing telephonically.

Counsel for Governor Dunleavy conferred with counsel for Governor Abbott and counsel for the Defendants, and they do not oppose this request.[1] Counsel also submits that the Court will not be prejudiced by this request because: (1) the parties have agreed to present only argument hearing (no new evidence will be presented); and (2) counsel expects Governor Abbott's counsel

---

[1] During the parties' conference regarding this motion, Defendants' counsel indicated he is not available on June 22 and proposed June 17 as one of several alternative dates for the hearing. Counsel for Governor Dunleavy has previously-scheduled travel plans on June 17 and would likewise request leave to appear telephonically if the hearing is rescheduled for that date.

to present the argument on the Motion.

WHEREFORE, premises considered, the undersigned counsel respectfully requests he be allowed to attend the hearing on Governor Abbott's Motion for Preliminary Injunction (Dkt. 27) telephonically, or by such other remote means as the Court may allow.

Dated: June 7, 2022

Respectfully submitted,

TREG R. TAYLOR
Attorney General of Alaska

CORI M. MILLS
Deputy Attorney General of Alaska

*/s/ Christopher A. Robison*
Christopher A. Robison
Texas Bar No. 24035720
Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
chris.robison@alaska.gov
T: (907) 269-5100/F: (907) 276-3697

**COUNSEL FOR GOVERNOR DUNLEAVY**

## CERTIFICATE OF SERVICE

On June 7, 2022, a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF/PACER system and via e-mail.

*/s/ Christopher A. Robison*
Christopher A. Robison