IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Governor GREG ABBOTT, in his official capacity as Governor of the State of Texas; and Governor MIKE DUNLEAVY, in his official capacity as Governor of the State of Alaska, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; *et al.*, <br><br> *Defendants*. | No. 6:22-cv-3-JCB |

## DEFENDANTS' UNOPPOSED MOTION TO RESCHEDULE HEARING

Defendants submit this unopposed motion to notify the Court that undersigned counsel is unavailable to attend a hearing on June 22, 2022, at 10:00 a.m. and to respectfully request that the Court reschedule the hearing on the motion for preliminary injunction for a different date. The parties have conferred, and counsel for all parties would be available to attend a hearing on June 17, 2022, if that date is available given the Court's schedule.[1]

Dated: June 8, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Zachary A. Avallone*
ANDREW E. CARMICHAEL

---

[1] Counsel for Defendants can be available for a hearing June 13, 17, 27, 28, or 30 in person, and June 16, 23, or 24 remotely. Counsel for Defendants can also be available additional dates in July. Counsel for Alaska Governor Mike Dunleavy indicated that he is available June 17, 22, 27, 28, and 30. Counsel for Texas Governor Greg Abbott stated that he is unavailable the last week of June.

        Senior Trial Counsel
        ZACHARY A. AVALLONE (DC Bar No. 1023361)
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005
        Tel: (202) 514-2705
        E-mail: zachary.a.avallone@usdoj.gov

        BRIT FEATHERSTON
        United States Attorney

        JAMES GILLINGMAN
        Assistant U.S. Attorney
        Eastern District of Texas
        110 N. College Street, Suite 700
        Tyler, Texas 75702

        *Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I certify that on June 7, 2022, I conferred with counsel for Plaintiffs, who are unopposed to the requested relief.

        */s/ Zachary A. Avallone*

## CERTIFICATE OF SERVICE

I certify that on June 8, 2022, this document and attachments were filed through the Court's CM/ECF system, which automatically serves all counsel of record.

        */s/ Zachary A. Avallone*