UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00003

**Greg Abbott et al.,**
*Plaintiffs,*

v.

**Joseph R. Biden et al.,**
*Defendants.*

**ORDER**

On June 8, 2022, defendants moved to reschedule the June 22, 2022 hearing. Doc. 44. The motion is granted. The hearing on plaintiffs' motion for preliminary injunction (Doc. 24) is set for June 23, 2022 at 10:00 a.m. in courtroom 306 (Tyler) before District Judge J. Campbell Barker. Accordingly, Governor Dunleavy's counsel's motion (Doc. 43) to appear telephonically is denied as moot.

Also before the court is defendants' motion to strike or respond. Doc. 42. The motion is granted. Defendants may file a response to only those issues raised in plaintiffs' motion for hearing (Doc. 41). The response should not exceed three pages and must be filed on or before June 16, 2022. No other briefing may be filed without leave of the court.

*So ordered by the court on June 8, 2022.*

J. CAMPBELL BARKER
United States District Judge