IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**DATE:** 6/23/2022

**DISTRICT JUDGE:** J. Campbell Barker

| **COURT REPORTER:** Susan Zielie | **COURTROOM DEPUTY:** Nicole Cadenhead |
|---|---|
| Case No. 6:22-cv-00003 | Start Time: 10:07 am |
| Greg Abbott et al v. Joseph R. Biden, et al. | End Time: 11:53 am |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Christopher Hilton | Zachary Avallone |
| Lief Olson | James Gillingham |
| Christopher Robison | |

On this day, came the parties by their attorneys and the following proceedings were held in Tyler, TX:

| TIME: | MINUTES: Hearing on motion for preliminary injunction, Doc. 24. |
|---|---|
| 10:07 am | The court called the case. |
| 10:07 am | The parties announced ready to proceed. |
| 10:08 am | The court address the constitutional provisions, authorities and law regarding the National Guard System, Congress's power to call the militia into federal service, receiving federal recognition by the Texas National Guard and Federal National Guard and federal benefits. |
| 10:24 am | Mr. Hilton began opening arguments for plaintiffs and agreed with the court's overview of constitution provisions. |
| 10:32 am | Mr. Hilton concluded opening arguments. |
| 10:32 am | The court asked specific questions to Mr. Hilton. Mr. Hilton responded. |

CASE NO. 6:22-cv-00003          DATE: 6/23/2022
PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:  Hearing on motion for preliminary injunction, Doc. 24. |
|---|---|
| 11:01 am | Mr. Hilton concluded arguments and responses to the court's questioning. |
| 11:01 am | The court addressed the defendants and asked questions to Mr. Avallone. Mr. Avallone responded. |
| 11:22 am | Mr. Avallone began responsive arguments. |
| 11:42 am | Mr. Avallone concluded arguments. |
| 11:43 am | The court addressed Mr. Robison. Mr. Robison responded. |
| 11:44 am | Mr. Olson addressed the court. |
| 11:45 am | The court further questioned Mr. Hilton. Mr. Hilton responded. |
| 11:53 am | Mr. Hilton responded. |
| 11:53 am | The court thanked the parties. The court adjourned. |