IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GOVERNOR GREG ABBOTT, in his official capacity as Governor of the State of Texas,<br>  *Plaintiff*,<br><br>and<br><br>GOVERNOR MIKE DUNLEAVY, in his official capacity as Governor of the State of Alaska,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of the Defense; DEPARTMENT OF THE AIR FORCE; FRANK KENDALL III, in his official capacity as Secretary of the Air Force; DEPARTMENT OF THE ARMY; and CHRISTINE WORMUTH, in her official capacity as Secretary of the Army,<br>  *Defendants*. | No. 6:22-cv-3-JCB |

**PLAINTIFF'S NOTICE OF APPEAL**

Pursuant the Federal Rules of Appellate Procedure and 28 U.S.C. § 1292(a)(1), Plaintiff Governor Greg Abbott files this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the district court's Opinion and Order denying Plaintiffs' Motion for Preliminary Injunction, entered on June 24, 2022. ECF No. 48.

Date: June 28, 2022.

Respectfully submitted.

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | */s/ Christopher D. Hilton*<br>**CHRISTOPHER D. HILTON**<br>Chief, General Litigation Division<br>Texas Bar No. 24087727 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **LEIF A. OLSON**<br>Special Counsel<br>Texas Bar No. 24032801 |
| **GRANT DORFMAN**<br>Deputy First Assistant Attorney General | P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>christopher.hilton@oag.texas.gov<br>leif.olson@oag.texas.gov |
| **SHAWN COWLES**<br>Deputy Attorney General for Civil Litigation | ***COUNSEL FOR GOVERNOR ABBOTT*** |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by electronic notification through ECF by the United States District Court, Eastern District of Texas, Tyler Division, on June 28, 2022, to all counsel of record.

*/s/ Christopher D. Hilton*
CHRISTOPHER D. HILTON
Assistant Attorney General