IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GOVERNOR GREG ABBOTT, in his official capacity as Governor of the State of Texas,<br><br>and<br><br>GOVERNOR MIKE DUNLEAVY, in his official capacity as Governor of the State of Alaska,<br>      *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br>      *Defendants*. | No. 6:22-cv-3-JCB |

## DEFENDANTS' PROPOSED CASE SCHEDULE

Pursuant to the Court's February 24, 2022, order, ECF No. 24, Defendants respectfully request that the Court enter an order setting the following case schedule:

| | |
|---|---|
| August 19, 2022 | Defendants to provide Administrative Record |
| September 9, 2022 | Parties to file cross-motions for summary judgment, not to exceed 60 pages |
| September 30, 2022 | Parties to file cross-responses, not to exceed 60 pages |
| October 14, 2022 | Parties to file cross-replies, not to exceed 20 pages |

Defendants submit that this proposed schedule will allow for adequate time for Defendants to prepare and produce any applicable administrative records in this case. Defendants do not anticipate that any party will need to conduct additional discovery before proceeding to summary judgment. This proposed summary judgment schedule will also provide the Court with thorough

briefing and analysis of the complex legal issues before the Court. Defendants have conferred with Plaintiffs and understand that Plaintiffs plan to respond to this proposal in due course.

| | |
|---|---|
| Date: July 15, 2022 | Respectfully submitted, |
| BRIT FEATHERSTON<br>United States Attorney<br>Eastern District of Texas | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| /s/ James G. Gillingham<br>JAMES GILLINGHAM<br>Assistant U.S. Attorney<br>Eastern District of Texas<br>110 N. College Street; Suite 700<br>Tyler, Texas 75702<br>E-mail: James.Gillingham@usdoj.gov<br>(903) 590-1400<br>(903) 590-1436 (fax)<br>Texas State Bar # 24065295 | ANTHONY J. COPPOLINO<br>Deputy Director<br><br>/s/ Zachary A. Avallone<br>ANDREW E. CARMICHAEL<br>  Senior Trial Counsel<br>ZACHARY A. AVALLONE<br>  (DC Bar No. 1023361)<br>COURTNEY D. ENLOW<br>  Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 514-2705<br>E-mail: zachary.a.avallone@usdoj.gov<br><br>*Counsel for Defendants* |

### CERTIFICATE OF SERVICE

I certify that on July 15, 2022, this document was filed through the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ Zachary A. Avallone

### CERTIFICATE OF CONFERENCE

I certify that on July 15, 2022, counsel for Defendants conferred telephonically with counsel for Plaintiffs. Plaintiffs have indicated that they plan to respond to this proposal in due course.

/s/ Zachary A. Avallone