United States District Court
Eastern District of Texas
Tyler Division

| | |
|---|---|
| Greg Abbott, in his official capacity as Governor of the State of Texas, and Mike Dunleavy,<br>    *Plaintiffs*,<br><br>v.<br><br>Joseph R. Biden, et al.,<br>    *Defendants*. | No. 6:22-cv-00003 |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    The Parties respectfully submit this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, dismissing all claims in the complaint (Dkt. 4) against Defendants without prejudice, and with each party to bear its own fees and costs, and show the Court as follows:

    1. Plaintiffs are not currently experiencing an imminent threat that the vaccine mandate will be enforced.

    2. Plaintiffs consider the binding, sworn declarations that Defendants submitted with their Motion to Dismiss and for Judgment on the Pleadings (Dkt. 83) indicating they do not intend to enforce the mandate in any way, retroactively or otherwise, to have been made in good faith.

    3. In reliance on the representations made in Defendants' Motion and in the binding, sworn declarations attached thereto, Plaintiffs will not re-file the claims at issue in this lawsuit unless the circumstances in paragraph (2) change.

| | |
|---|---|
| Dated December 29, 2023 | Respectfully submitted, |
| | |
| **KEN PAXTON** | **RYAN D. WALTERS** |
| Attorney General | Chief, Special Litigation Division |
| | |
| **BRENT WEBSTER** | |
| First Assistant Attorney General | */s/ Amy S. Hilton* |
| | **AMY S. HILTON** |
| **GRANT DORFMAN** | Attorney-in-Charge |
| Deputy First Assistant Attorney General | Special Counsel |
| | Tex. State Bar No. 24097834 |
| **RALPH MOLINA** | amy.hilton@oag.texas.gov |
| Deputy Attorney General for Legal Strategy | |
| | |
| Office of the Attorney General of Texas | **COUNSEL FOR GOVERNOR GREG ABBOTT** |
| P.O. Box 12548, Capitol Station | |
| Austin, Texas 78711-2548 | |
| (512) 463-2100 | |
| | |
| **TREG R. TAYLOR** | */s/ Christopher A. Robison* |
| Attorney General of Alaska | **CHRISTOPHER A. ROBISON** |
| | Texas Bar No. 24035720 |
| **CORI M. MILLS** | Assistant Attorney General |
| Deputy Attorney General of Alaska | Alaska Department of Law |
| | 1031 W. 4th Avenue, Suite 200 |
| | Anchorage, Alaska 99501-1994 |
| | chris.robison@alaska.gov |
| | |
| | **COUNSEL FOR GOVERNOR DUNLEAVY** |

| | |
|---|---|
| DAMIEN DIGGS<br>United States Attorney<br>Eastern District of Texas<br><br> /s/ James G. Gillingham<br>JAMES GILLINGHAM<br>Assistant U.S. Attorney<br>Eastern District of Texas<br>110 N. College Street; Suite 700<br>Tyler, Texas 75702<br>E-mail: James.Gillingham@usdoj.gov<br>(903) 590-1400<br>(903) 590-1436 (fax)<br>Texas State Bar # 24065295 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>JOSHUA E. GARDNER<br>Special Counsel<br><br>/s/ Liam C. Holland<br>ANDREW E. CARMICHAEL<br>    Senior Trial Counsel<br>LIAM C. HOLLAND<br>    Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 514-4964<br>E-mail: liam.c.holland@usdoj.gov<br><br>**COUNSEL FOR DEFENDANTS** |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 29, 2023, and that all counsel of record were served by CM/ECF.

/s/ Amy S. Hilton
**AMY S. HILTON**